UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMMY J. SEXTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV02010 ERW |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the motion of plaintiff for leave to commence this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. Plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, however, his complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court may dismiss a complaint filed in forma pauperis if the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. Neitzke v. Williams, 490 U.S. 319, 327 (1989). Even affording the complaint the benefit of a liberal construction, it is frivolous. The complaint is largely incoherent and incomprehensible. Plaintiff has failed to identify which of his constitutional rights he believes have been violated, and/or the individuals responsible

for the purported violations. Boyd v. Knox, 47 F.3d 966, 968 (8th Cir. 1995) (no respondeat superior liability under 42 U.S.C. § 1983). As a result, plaintiff's complaint fails to state a claim upon which relief can be granted against the named defendant. Additionally, the assertions contained in the complaint are clearly delusional and are, therefore, properly dismissed under § 1915(e)(2)(B). Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is legally frivolous or fails to state a claim upon which relief can be granted, or both.

An appropriate order of dismissal shall accompany this Memorandum and Order.

So Ordered this 4th Day of January, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE